# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:09-MJ-5000 |
| ) | Judge Guyton |
| ROBERT E. KEITH ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Probation has been filed against the defendant, Robert Keith, and the defendant admits that he has violated his probation by being arrested on a misdemeanor charge of driving without a license. An agreement has been reached between the parties, recommending that Mr. Keith's probation should be revoked and he should receive a sentence of time served, said sentence to expire on April 14, 2010, with no further supervision to follow. Mr. Keith has been in custody since March 23, 2010.

Mr. Keith agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure and his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government be found to be a proper sentence.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a), and

IT IS HEREBY ORDERED, therefore, that Robert Keith's probation is revoked and he is sentenced to a term of imprisonment of time served, said sentence to expire

on April 14, 2010, with no further supervision to follow.

Enter, this 7 day of April, 2010.

_____
Hon. H. Bruce Guyton
United States Magistrate Judge

APPROVED FOR ENTRY:

_____
Ed Schmutzer
Assistant U.S. Attorney

_____
Paula R. Voss
Attorney for Defendant

_____
Robert Keith
Defendant

_____
Melissa Haduck
U.S. Probation Office